**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**

Denise M. Lucks
Clerk of Court

Therese M. Bollerup
Chief Deputy Clerk

Roman L. Hruska United States Courthouse
111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
402-661-7350
Fax: 402-661-7387
Toll Free: 866-220-4381
www.ned.uscourts.gov

Lincoln Office:
P.O. Box 83468
Lincoln, NE 68501-3468
402-437-5225
Fax: 402-437-5651
Toll Free: 866-220-4379

March 31, 2005

Clerk, U.S. District Court
P.O. Box 307
Council Bluffs, IA 51502

  Re: USDC-NE 8:04CV559 RGK
     <u>Catherine L. McGinn v. Ameristar Casinos</u>

Dear Clerk:

  By order of Magistrate Judge David L. Piester entered on February 25, 2005, the above-referenced case is transferred to the District Court for the Southern District of Iowa.

  Enclosed are a certified copy of the order of transfer, copies of electronically filed pleadings and a certified copy of the docket sheet.

  Please acknowledge receipt of this case at the bottom of this letter as indicated and return it to the Omaha office.

            Sincerely,

            DENISE M. LUCKS, Clerk

            Gale J. Gomez, Deputy Clerk

Enclosures

cc: Counsel of Record (w/out encls.)

The above-referenced case was received by the District Court for the Southern District of Iowa
on _____ by _____.
   Date         Signature
Receiving Court's Assigned Case No: _____.

proc\forms\transltr.wpd
06/02/00